**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CORRINE SASSER** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) CASE NO.: 2:11-CV-00511-SRW |
| | ) |
| **MERCANTILE ADJUSTMENT** | ) |
| **BUREAU, LLC.,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF SETTLEMENT

COMES NOW the Defendant, by and through the undersigned counsel, and hereby provides notice to this Honorable Court that the above matter has been settled through a separate confidential release, that the release has been executed, all consideration payment, and all disputes by and between the litigants resolved. The undersigned requests this Honorable Court allow twenty-one days to file a Stipulation of Dismissal and that this matter be taken off the active trial docket.

Respectfully Submitted,

/s/ Neal D. Moore, III
Neal D. Moore, III
*Attorney for Defendant,*
*Mercantile Adjustment Bureau, LLC.*

{W0323193.1 }

OF COUNSEL:

**FERGUSON, FROST & DODSON, LLP**
2500 Acton Road, Suite 200
Birmingham, Alabama  35243
(205) 879-8722 (telephone)
(205) 879-8831 (telecopier)

## CERTIFICATE OF SERVICE

    This is to certify that on this the 30th day of May, 2012, a copy of the forgoing document has been served upon counsel for all parties to this proceeding via electronic filing:

    Allen G. Woodard
    WOODARD LAW FIRM
    1213 East Three Notch Street
    Andalusia, Alabama 36420

                                                /s/ Neal D. Moore, III
                                                OF COUNSEL

{W0323193.1 }