IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CORRINE SASSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:11-cv-511-MEF |
| v. | ) |
| | ) |
| MERCANTILE ADJUSTMENT | ) |
| BUREAU, L.L.C., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties have filed a Joint Motion to Dismiss, (Doc. # 13), which the Court construes as a stipulation of dismissal that complies with Rule 41 of the Federal Rules of Civil Procedure. Accordingly, the action is DISMISSED by operation of Rule 41, and the Clerk of Court is directed to close the case. Each party is to bear their own costs and expenses.

DONE this the 1st day of June, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE